AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Jose Barragan Contreras, et al ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 7:17-cv-06453 (CS) |
| Rosann Landscape, Corp. ) | |
| *Defendant* ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*    08/18/2020

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 9/23/2020

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Barragan Contreras, Juan Alonzo Orellana, and Jorge Yepez

Individually, and on behalf of all others Similarly situated as Class Representatives,

Plaintiffs,

v.

Rosann Landscape Corp., A.F.A. Management Corp., and Ana Maria Birlescu

Defendants.

Case No.: 17-CV-6453 (CS)

CLASS ACTION

**ORDER AND JUDGMENT ON CLAIMS FOR WHICH THE COURT HAS GRANTED SUMMARY JUDGMENT AND SETTING END DATES FOR THE CLASS PERIODS**

WHEREAS, Plaintiffs submitted a motion for partial summary judgment concerning their "on-the-clock" overtime claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") and wage notice and wage statement claims under NYLL § 195 as against Defendants Rosann Landscape Corp. and Ana Maria Birlescu, (Doc. 133); and

WHEREAS, on March 25, 2020, the Court found liability on these violations and for liquidated damages thereon where permitted by statute; and

WHEREAS, Plaintiffs have subsequently withdrawn each of the particular "on-the-clock" claims that Defendants, in their opposition to said motion, had disputed regarding Plaintiffs' calculations of damages (Doc. 163); and

WHEREAS, there is no contested issue of fact as to the quantum of damages for the "on-the-clock" overtime claims; and

WHEREAS, Plaintiffs have recalculated the wage statement and wage notice violations pursuant to the Court's instructions, (*see* Minute Entries dated June 11, 2020, and Aug. 5, 2020);[1] and

WHEREAS, the Court finds pursuant to Federal Rule of Civil Procedure 54(b) that, for the reasons stated on the record on August 5, 2020, there is no just reason to delay the entry of this Order; and

WHEREAS, Plaintiffs have requested that the Court set June 30, 2018, as the end date for the Class Period pertaining to Plaintiffs' "on-the-clock" overtime claims and February 15, 2019, as the end date for the Class Period pertaining to all other claims brought by Plaintiffs in this action (Doc. 179); and

WHEREAS, the Court, for the reasons stated on the record on August 5, 2020, finds good cause to set such end dates for the Class Periods as requested by Plaintiffs; and

For the reasons set forth in my rulings on March 25, June 11, and August 5, 2020;

---

[1] Defendants object to the recalculations to the extent they include "penalties for wage statement violations for the period subsequent to July 30, 2018, which is the previously court ordered cut-off date for imposition thereof." (Doc. 202.) The Court assumes that "July" is a typographical error and that Defendants meant "June 30," as Defendants later refer to "the June 30th cut-off date" and, in the emails that Defendants incorporate into their opposition, they refer to "June 30," not July. (Doc. 201-2 at 1.) Either way, the end of the Class Period for wage statement violations is February 15, 2019 – not June (or July) 30, 2018. And to the extent that Defendants are contending that they are not liable for wage statement violations after June 30, 2018 (as suggested in their emails to opposing counsel, (*see id.*)), such an argument is foreclosed by my rulings on March 25, June 11, and August 5, 2020, in which I explain that it was uncontested on summary judgment that Defendants never provided to any Plaintiff or Class Member the wage statements required by NYLL § 195(3). Further, pursuant to my August 5 ruling, Defendants were allowed to raise objections to Plaintiffs' recalculations only, and this objection does not relate to those recalculations.

IT IS ORDERED AND ADJUDGED:

(a) the Class Period for Plaintiffs' "on-the-clock" overtime claims shall end on June 30, 2018;

(b) Plaintiffs are granted summary judgment on their "on-the-clock" overtime FLSA and NYLL claims as against Defendants Rosann Landscape Corp. and Ana Maria Birlescu, jointly and severally, as set forth on Exhibit 1 annexed herewith, plus an equal amount in liquidated damages, plus pre-judgment interest at 9% per annum pursuant to N.Y. C.P.L.R. §§ 5001 and 5004 from the midpoint of each Class Member's employment until the date of entry of this Judgment. Post-judgment interest shall accrue at the statutory rate provided for in 28 U.S.C. § 1961, running from the date of entry of this Judgment;

(c) Plaintiffs are granted summary judgment on their NYLL § 195 wage notice and wage statement claims as against Defendants Rosann Landscape Corp. and Ana Maria Birlescu, jointly and severally, as set forth on Exhibit 2 annexed herewith. Post-judgment interest shall accrue at the statutory rate provided for in 28 U.S.C. § 1961, running from the date of entry of this Judgment;

(d) Plaintiffs are thus granted judgment jointly and severally as against Defendants Rosann Landscape Corp. and Ana Maria Birlescu in the amount of $483,071.48 (plus additional $19.78 incremental prejudgment interest to be added for each day after August 14, 2020, per Exhibit 3) as set forth in Exhibits 1, 2 and 3;

(e) the Court finds it just and proper to certify this judgment pursuant to Federal Rule of Civil Procedure 54(b) and directs the Clerk to enter final judgment for the "on-the-clock" overtime and NYLL § 195 wage notice and statement violations as set forth herein; and

(f) the Class Period for all claims brought by Plaintiffs other than the "on-the-clock" overtime claims in this action shall end on February 15, 2019.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, pursuant to NYLL §§ 198(4) and 663(4), if any amounts remain unpaid upon expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent.

**SO ORDERED.**

Dated: August 18, 2020
      White Plains, New York

                                                    _____
                                                      CATHY SEIBEL, U.S.D.J.

**EXHIBIT 1**

| Class Member | Owed On-the-Clock Overtime | Liquidated Damages for On-the-Clock Overtime | Approximate Midpoint of OT Claims | Dates of On-the-Clock OT Claims |
|---|---|---|---|---|
| Abimael Beltran | 6301.214827 | 6301.214827 | 3/10/2016 | 2013-June 2018 |
| Agustin Iniguez | 940.625 | 940.625 | 9/8/2015 | March 2015-Feb. 2016 |
| Alberto Gonzales | 276.25 | 276.25 | 9/22/2017 | Aug. 2017-Nov. 2017 |
| Alexander Ordon | 521.8527435 | 521.8527435 | 9/28/2017 | June 2017-Dec. 2017 |
| Alfredo Correa | 55 | 55 | 10/5/2012 | Aug. 2012-Nov. 2012 |
| Alfredo Escorcia | 0 | 0 | 3/10/2013 | w/e March 15, 2013 |
| Alvino Lara | 0 | 0 | 11/28/2011 | w/e Nov. 30, 2011 |
| Antonio Sanchez | 64 | 64 | 4/13/2018 | Apr. 9, 2018-Apr. 17, 2018 |
| Armando Gomez | 518.8505846 | 518.8505846 | 8/10/2017 | May 2017-Nov. 2017 |
| Axel Barrios | 1028.125 | 1028.125 | 6/29/2012 | March 2012-Oct. 2012 |
| Bayron Benjamin | 0 | 0 | 4/9/2017 | w/e 4/14/17 |
| Bernardo Torres | 4675.5 | 4675.5 | 9/12/2014 | July 2012-Nov. 2016 |
| Braulio Delacruz | 201 | 201 | 8/29/2011 | Aug. 2011-Sept. 2011 |
| Braulio Jimenez | 8306.725846 | 8306.725846 | 12/19/2014 | Aug. 2011-June 2018 |
| Carlos Rodriguez | 0 | 0 | 3/7/2016 | w/e 3/12/2016 |
| Carmelo Garcia | 48 | 48 | 3/5/2012 | w/e 3/10/12 |
| Cesar Robonales | 387 | 387 | 4/2/2012 | March 2012-May 2012 |
| Daniel Beltran | 0 | 0 | 5/14/2018 | w/e 5/19/18 |
| Daniel Ramirez | 0 | 0 | 2/27/2012 | w/e 3/3/12 |
| Dario Tlatlan | 0 | 0 | 11/28/2011 | w/e 11/30/11 |
| David Gonzales | 159.5 | 159.5 | 11/18/2011 | Oct. 2011-Dec. 2011 |
| Eduardo Carreon | 0 | 0 | 8/10/2017 | 8/4/17-8/16/17 |
| Eduardo Veira | 0 | 0 | 7/28/2012 | Jan. 2012-Feb. 2013 |
| Eliceo Mendez | 2105.16125 | 2105.16125 | 9/29/2017 | March 2017-June 2018 |
| Emiliano Benitez | 8520 | 8520 | 10/3/2014 | Aug. 2011-Nov. 2017 |
| Ernesto Lopez | 0 | 0 | 5/14/2013 | 5/11/13-5/18/13 |
| Felix Cruz | 0 | 0 | 8/29/2014 | 8/26/14-9/5/14 |
| Gonsalo Hernandes | 57 | 57 | 3/28/2014 | March 2014-April 2014 |
| Gualder Jimenez | 0 | 0 | 3/31/2014 | March 2014-April 2014 |
| Hector Lopez | 0 | 0 | 2/27/2012 | w/e 3/3/12 |
| Isaac Yepez | 28.125 | 28.125 | 5/29/2017 | May 2017-June 2017 |
| Isaias Domingues | 252 | 252 | 7/25/2014 | Apr. 2014-Nov. 2014 |
| J. Gillermo Baca | 0 | 0 | 5/20/2013 | w/e 5/25/13 |
| J.C. Flores | 145.75 | 145.75 | 3/4/2013 | Jan. 2013-Apr. 2013 |
| J.C. Gonzales | 0 | 0 | 4/25/2014 | 4/21/14-5/2/14 |
| J.C. Hernandez | 0 | 0 | 4/15/2013 | w/e 4/20/13 |
| J.C. Tzoc Tulul | 5749.757503 | 5749.757503 | 4/22/2016 | May 2014-June 2018 |
| Jaime Aguilar | 0 | 0 | 5/3/2013 | 4/30/13-5/10/13 |
| Jaime Hernandez | 0 | 0 | 8/15/2011 | w/e 8/20/11 |
| Javier Ibarra | 150 | 150 | 10/10/2014 | Sept. 2014-Nov. 2014 |
| Jesus Riveros | 7.1825 | 7.1825 | 7/7/2017 | 6/25/17-7/11/17 |
| Johao Gomes | 1084.875 | 1084.875 | 7/10/2015 | March 2015-Oct. 2015 |
| Jorge Ramirez | 10.5 | 10.5 | 9/7/2012 | June 2012-Nov. 2012 |
| Jorge Varajas | 462 | 462 | 6/25/2012 | May 2012-Aug. 2012 |
| Jorge Yepez | 250.625 | 250.625 | 5/8/2017 | Apr. 2017-May 2017 |
| Jose Alberto Lara | 0 | 0 | 2/3/2013 | w/e 2/8/13 |
| Jose Alex Avila | 50.3075 | 50.3075 | 6/23/2017 | June, 2017 |
| Jose Barragan Contreras | 18509.07074 | 18509.07074 | 8/1/2014 | 2011-2017 |
| Jose Lopez | 0 | 0 | 12/3/2012 | w/e 12/8/12 |
| Jose Ordon Natalio | 0 | 0 | 3/28/2016 | March 2016-April 2016 |
| Juan Orellana | 3857.11125 | 3857.11125 | 12/4/2015 | 2014-2017 |
| Juan Taperia | 57.5 | 57.5 | 4/29/2013 | 4/22/13-5/7/13 |
| Lucas Fernando | 0 | 0 | 2/27/2012 | w/e 3/3/12 |
| Luis Valencia | 0 | 0 | 2/3/2013 | w/e 2/8/13 |
| Manuel Argueta | 0 | 0 | 4/9/2018 | April, 2018 |
| Marcelo Saenz Sanchez | 0 | 0 | 6/11/2018 | 6/8/18-6/15/18 |
| Marcos Valdovinos | 0 | 0 | 2/27/2012 | w/e 3/3/12 |
| Mario Velasquez | 1498.75 | 1498.75 | 1/23/2012 | Aug. 2011-July 2012 |
| Martin Rodrigues | 2824 | 2824 | 5/30/2018 | week in August 2011; May 2018-June 2018 |
| Mauricio Gonzales | 99.75 | 99.75 | 9/14/2012 | July 2012-Dec. 2012 |
| Misael Sumano | 676.865 | 676.865 | 6/29/2017 | March 2017-Oct. 2017 |
| Nelson Mercado | 1286.5525 | 1286.5525 | 2/10/2016 | Apr. 2015-Dec. 2016 |

EXHIBIT 2

| Class Member | NYLL Section 198(1-b) Damages for Defendants' Violations of NYLL Section 195(1) Hiring Notice Requirement | NYLL Section 198(1-d) Damages for Defendants' Violations of NYLL Section 195(3) Wage Statement Requirements | Totals | Dates of Employment |
|---|---|---|---|---|
| Abimael Beltran | $5,000.00 | $5,000.00 | $10,000.00 | 2013-2018 (>100 days) |
| Agustin Iniguez | $5,000.00 | $5,000.00 | $10,000.00 | March 2015-Feb. 2016 (>100 days) |
| Alberto Gonzales | $3,150.00 | $3,750.00 | $6,900.00 | Aug. 2017-Nov. 2017 (63 workdays) |
| Alexander Ordon | $5,000.00 | $5,000.00 | $10,000.00 | June 2017-Dec. 2017 (>100 days) |
| Alfredo Correa | $700.00 | $1,400.00 | $2,100.00 | Aug. 2012-Nov. 2012 (14 wks) |
| Alfredo Escorcia | $0.00 | $100.00 | $100.00 | 8 hrs, w/e March 15, 2013 (1 wk) |
| Alvino Lara | $0.00 | $100.00 | $100.00 | 8 hrs, w/e Nov. 30, 2011 (1 wk) |
| Antonio Sanchez | $0.00 | $500.00 | $500.00 | Apr. 9, 2018-Apr. 17, 2018 (7 workdays) |
| Armando Gomez | $5,000.00 | $5,000.00 | $10,000.00 | May 2017-Nov. 2017 (>100 days) |
| Axel Barrios | $1,700.00 | $2,500.00 | $4,200.00 | March 2012-Oct. 2012 (34 wks) |
| Bayron Benjamin | $0.00 | $250.00 | $250.00 | 40 hrs, w/e 4/14/17 (5 workdays) |
| Bernardo Torres | $5,000.00 | $5,000.00 | $10,000.00 | July 2012-Nov. 2016 (>100 days) |
| Braulio Delacruz | $250.00 | $500.00 | $750.00 | Aug. 2011-Sept. 2011 (5 wks) |
| Braulio Jimenez | $5,000.00 | $5,000.00 | $10,000.00 | Aug. 2011-present (>100 days) |
| Carlos Rodriguez | $0.00 | $250.00 | $250.00 | 1 day, w/e 3/12/2016 |
| Carmelo Garcia | $0.00 | $0.00 | $0.00 | w/e 3/10/12; 17 hrs in June 2017 per Defts (Dkt. 158-1) |
| Cesar Robonales | $450.00 | $900.00 | $1,350.00 | March 2012-May 2012 (9 wks) |
| Daniel Beltran | $0.00 | $250.00 | $250.00 | 8 hrs, w/e 5/19/18 (1 day) |
| Daniel Ramirez | $0.00 | $100.00 | $100.00 | 32 hrs, w/e 3/3/12 (1 wk) |
| Dario Tlatlan | $0.00 | $100.00 | $100.00 | 8 hrs, w/e 11/30/11 (1 wk) |
| David Gonzales | $400.00 | $800.00 | $1,200.00 | Oct. 2011-Dec. 2011 (8 wks) |
| David Perez | $4,750.00 | $4,750.00 | $9,500.00 | July 2018-Nov. 2018 (95 workdays) |
| Eduardo Carreon | $0.00 | $750.00 | $750.00 | 8/4/17-8/16/17 (8 workdays) |
| Eduardo Veira | $0.00 | $200.00 | $200.00 | Jan. 2012-Feb. 2013 (16 hrs in 2 workweeks) |
| Eliceo Mendez | $5,000.00 | $5,000.00 | $10,000.00 | March 2017-present (>100 days) |
| Emiliano Benitez | $5,000.00 | $5,000.00 | $10,000.00 | Aug. 2011-Nov. 2017 (>100 days) |
| Ernesto Lopez | $0.00 | $200.00 | $200.00 | 5/11/13-5/18/13 (17.5 hrs in 2 workweeks) |
| Felix Cruz | $0.00 | $200.00 | $200.00 | 8/26/14-9/5/14 (10 business days; worked on 8 days in 2 workweeks) |
| Gonsalo Hernandes | $200.00 | $400.00 | $600.00 | March 2014-April 2014 (4 wks) |
| Gualder Jimenez | $250.00 | $500.00 | $750.00 | March 2014-April 2014 (5 wks) |
| Hector Lopez | $0.00 | $100.00 | $100.00 | w/e 3/3/12 (1 wk) |
| Isaac Yepez | $800.00 | $1,000.00 | $1,800.00 | May 2017-June 2017 (16 workdays) |
| Isaias Domingues | $1,600.00 | $2,500.00 | $4,100.00 | Apr. 2014-Nov. 2014 (32 wks) |
| J. Gillermo Baca | $0.00 | $100.00 | $100.00 | 1 day, w/e 5/25/13 (1 wk) |
| J.C. Flores | $300.00 | $600.00 | $900.00 | Jan. 2013-Apr. 2013 (6 wks) |
| J.C. Gonzales | $0.00 | $200.00 | $200.00 | 4/21/14-5/2/14 (11 business days; 9 workdays during 2 workweeks) |
| J.C. Hernandez | $0.00 | $100.00 | $100.00 | 1 day, w/e 4/20/13 (1 wk) |
| J.C. Tzoc Tulul | $5,000.00 | $5,000.00 | $10,000.00 | May 2014-Dec. 2018 (>100 days) |
| Jaime Aguilar | $0.00 | $200.00 | $200.00 | 4/30/13-5/10/13 (10 business days; 7 workdays during 2 workweeks) |
| Jaime Hernandez | $0.00 | $100.00 | $100.00 | 1 day, w/e 8/20/11 (1 wk) |
| Javier Ibarra | $450.00 | $900.00 | $1,350.00 | Sept. 2014-Nov. 2014 (10 weeks; acceded to 9 wks per Defts (Dkt. 158-1)) |
| Jesus Riveros | $550.00 | $750.00 | $1,300.00 | 6/25/17-7/11/17 (11 workdays) |
| Johao Gomes | $5,000.00 | $5,000.00 | $10,000.00 | March 2015-Oct. 2015 (>100 days) |
| Jorge Ramirez | $1,100.00 | $2,200.00 | $3,300.00 | June 2012-Nov. 2012 (22 wks) |
| Jorge Varajas | $750.00 | $1,500.00 | $2,250.00 | May 2012-Aug. 2012 (15 wks) |
| Jorge Yepez | $1,950.00 | $1,750.00 | $3,700.00 | Apr. 2017-May 2017 (39 workdays) |
| Jose Alberto Lara | $0.00 | $100.00 | $100.00 | w/e 2/8/13 (1 wk) |
| Jose Alex Avila | $550.00 | $500.00 | $1,050.00 | June 2017 (11 workdays) |
| Jose Barragan Contreras | $5,000.00 | $5,000.00 | $10,000.00 | 2011-2017 (>100 days) |
| Jose Lopez | $0.00 | $100.00 | $100.00 | w/e 12/8/12 (1 wk) |
| Jose Ordon Natalio | $0.00 | $250.00 | $250.00 | March-April 2016 (3 workdays) |
| Juan Orellana | $5,000.00 | $5,000.00 | $10,000.00 | 2014-2017 (>100 days) |
| Juan Taperia | $150.00 | $300.00 | $450.00 | 4/22/13-5/7/13 (3 wks) |
| Lucas Fernando | $0.00 | $100.00 | $100.00 | w/e 3/3/12 (1 wk) |
| Luis Valencia | $0.00 | $100.00 | $100.00 | w/e 2/8/13 (1 wk) |
| Manuel Argueta | $0.00 | $250.00 | $250.00 | April 2018 (5 workdays) |
| Marcelo Saenz Sanchez | $0.00 | $500.00 | $500.00 | 6/8/18-6/15/18 (6 workdays) |
| Marcos Valdovinos | $0.00 | $100.00 | $100.00 | w/e 3/3/12 (1 wk) |
| Mario Velasquez | $2,350.00 | $2,500.00 | $4,850.00 | Aug. 2011-July 2012 (47 wks) |
| Martin Rodrigues | $5,000.00 | $5,000.00 | $10,000.00 | week in 2011; May 2018-Dec. 2018 (>100 days); accepting Defts' representation that there is one person with this name |
| Mauricio Gonzales | $1,100.00 | $2,200.00 | $3,300.00 | July 2012-Dec. 2012 (22 wks) |
| Misael Sumano | $5,000.00 | $5,000.00 | $10,000.00 | March 2017-Oct. 2017 (>100 days) |
| Nelson Mercado | $5,000.00 | $5,000.00 | $10,000.00 | Apr. 2015-Dec. 2016 (>100 days) |
| Pablo Antonio Sumano | $0.00 | $500.00 | $500.00 | 6/13/16-6/21/16 (8 workdays) |
| Pilo Jimenez | $0.00 | $100.00 | $100.00 | 1 day, w/e 5/25/13 (1 wk) |
| Rafael Aguilar | $2,500.00 | $2,500.00 | $5,000.00 | Jan. 2013-Apr. 2014 (>50 wks) |
| Rafael Marin | $2,500.00 | $2,500.00 | $5,000.00 | Aug. 2011-May 2014 (>50 wks) |

| Name | | | | |
|---|---:|---:|---:|---|
| Rafael Perez | $550.00 | $750.00 | $1,300.00 | May 2017-June 2017 (11 workdays) |
| Rafael Valencia | $2,000.00 | $2,500.00 | $4,500.00 | March 2012-Dec. 2012 (40 wks); May 2017-June 2017 (11 workdays); damages only calculated for 2012 time period per Defts (Dkt. 158-1) |
| Reinero Hernandez | $0.00 | $100.00 | $100.00 | 2 days, w/e 2/8/13 (1 wk) |
| Ricardo Romero | $3,000.00 | $3,500.00 | $6,500.00 | July 2017-Oct. 2017 (60 workdays) |
| Rodolfo Biolante | $200.00 | $400.00 | $600.00 | Oct. 2011 (4 wks) |
| Roque Roque | $5,000.00 | $5,000.00 | $10,000.00 | July 2016-Oct. 2016 (>100 workdays) |
| Santiago Paulin | $4,850.00 | $5,000.00 | $9,850.00 | March 2018-Aug. 2018 (97 workdays) |
| Santiago Ramirez | $4,050.00 | $4,750.00 | $8,800.00 | Aug. 2017-Dec. 2017 (81 workdays) |
| Santos Perez | $0.00 | $100.00 | $100.00 | 2 days, w/e 4/20/13 (1 wk) |
| Sergio Benitez | $0.00 | $200.00 | $200.00 | Feb. 2013-Jan. 2014 (2 days during 2 workweeks) |
| Sergio Cardona | $250.00 | $500.00 | $750.00 | March 2014-Apr. 2014 (5 wks) |
| Tirso Sanchez | $1,250.00 | $2,500.00 | $3,750.00 | May 2013-Nov. 2013 (28 wks; acceded to 25 wks per Defts (Dkt. 158-1)) |
| Vicente Lara | $0.00 | $100.00 | $100.00 | 1 day, w/e 2/8/13 (1 wk) |
| Victorino Machuca | $2,500.00 | $2,500.00 | $5,000.00 | July 2013-July 2014 (>50 wks) |
| Wenceslao Rodrigues | $5,000.00 | $4,750.00 | $9,750.00 | July 2018-Nov. 2018 (>100 days) |
| Grand Total | $132,150.00 | $150,750.00 | $282,900.00 | |

| | | | | | EXHIBIT 3 | | | |
|---|---|---|---|---|---|---|---|---|
| Class Member | Hiring Notice Damages | Wage Statement Damages | Owed On-the-Clock Overtime | Liquidated Damages for On-the-Clock Overtime | Approximate Midpoint | Pre-judgment Interest from Midpoint of Employment to 8/14/2020 | Total as of August 14, 2020 | Incremental Interest to be Added for Each Day after August 14, 2020 |
| Abimael Beltran | 5000 | 5000 | 6301.214827 | 6301.214827 | 3/10/2016 | 2513.925762 | $25,116.36 | $1.55 |
| Agustin Iniguez | 5000 | 5000 | 940.625 | 940.625 | 9/8/2015 | 417.9467466 | $12,299.20 | $0.23 |
| Alberto Gonzales | 3150 | 3750 | 276.25 | 276.25 | 9/22/2017 | 71.99907534 | $7,524.50 | $0.07 |
| Alexander Ordon | 5000 | 5000 | 521.8527435 | 521.8527435 | 9/28/2017 | 135.2384959 | $11,178.94 | $0.13 |
| Alfredo Correa | 700 | 1400 | 55 | 55 | 10/5/2012 | 38.92191781 | $2,248.92 | $0.01 |
| Alfredo Escorcia | 0 | 100 | 0 | 0 | 3/10/2013 | 0 | $100.00 | $0.00 |
| Alvino Lara | 0 | 100 | 0 | 0 | 11/28/2011 | 0 | $100.00 | $0.00 |
| Antonio Sanchez | 0 | 500 | 64 | 64 | 4/13/2018 | 13.47682192 | $641.48 | $0.02 |
| Armando Gomez | 5000 | 5000 | 518.8505846 | 518.8505846 | 8/10/2017 | 140.7293366 | $11,178.43 | $0.13 |
| Axel Barrios | 1700 | 2500 | 1028.125 | 1028.125 | 6/29/2012 | 752.4184932 | $7,008.67 | $0.25 |
| Bayron Benjamin | 0 | 250 | 0 | 0 | 4/9/2017 | 0 | $250.00 | $0.00 |
| Bernardo Torres | 5000 | 5000 | 4675.5 | 4675.5 | 9/12/2014 | 2493.642699 | $21,844.64 | $1.15 |
| Braulio Delacruz | 250 | 500 | 201 | 201 | 8/29/2011 | 162.2152603 | $1,314.22 | $0.05 |
| Braulio Jimenez | 5000 | 5000 | 8306.725846 | 8306.725846 | 12/19/2014 | 4229.602736 | $30,843.05 | $2.05 |
| Carlos Rodriguez | 0 | 250 | 0 | 0 | 3/7/2016 | 0 | $250.00 | $0.00 |
| Carmelo Garcia | 0 | 0 | 48 | 48 | 3/5/2012 | 36.5010411 | $132.50 | $0.01 |
| Cesar Robonales | 450 | 900 | 387 | 387 | 4/2/2012 | 291.6177534 | $2,415.62 | $0.10 |
| Daniel Beltran | 0 | 250 | 0 | 0 | 5/14/2018 | 0 | $250.00 | $0.00 |
| Daniel Ramirez | 0 | 100 | 0 | 0 | 2/27/2012 | 0 | $100.00 | $0.00 |
| Dario Tlatlan | 0 | 100 | 0 | 0 | 11/28/2011 | 0 | $100.00 | $0.00 |
| David Gonzales | 400 | 800 | 159.5 | 159.5 | 11/18/2011 | 125.5374247 | $1,644.54 | $0.04 |
| David Perez | 4750 | 4750 | 0 | 0 | 9/15/2018 | 0 | $9,500.00 | $0.00 |
| Eduardo Carreon | 0 | 750 | 0 | 0 | 8/10/2017 | 0 | $750.00 | $0.00 |
| Eduardo Veira | 0 | 200 | 0 | 0 | 7/28/2012 | 0 | $200.00 | $0.00 |
| Eliceo Mendez | 5000 | 5000 | 2105.16125 | 2105.16125 | 9/29/2017 | 545.034899 | $14,755.36 | $0.52 |
| Emiliano Benitez | 5000 | 5000 | 8520 | 8520 | 10/3/2014 | 4499.960548 | $31,539.96 | $2.10 |
| Ernesto Lopez | 0 | 200 | 0 | 0 | 5/14/2013 | 0 | $200.00 | $0.00 |
| Felix Cruz | 0 | 200 | 0 | 0 | 8/29/2014 | 0 | $200.00 | $0.00 |
| Gonsalo Hernandes | 200 | 400 | 57 | 57 | 3/28/2014 | 32.76172603 | $746.76 | $0.01 |
| Gualder Jimenez | 250 | 500 | 0 | 0 | 3/31/2014 | 0 | $750.00 | $0.00 |
| Hector Lopez | 0 | 100 | 0 | 0 | 2/27/2012 | 0 | $100.00 | $0.00 |
| Isaac Yepez | 800 | 1000 | 28.125 | 28.125 | 5/29/2017 | 8.134674658 | $1,864.38 | $0.01 |
| Isaias Domingues | 1600 | 2500 | 252 | 252 | 7/25/2014 | 137.4470137 | $4,741.45 | $0.06 |
| J. Gillermo Baca | 0 | 100 | 0 | 0 | 5/20/2013 | 0 | $100.00 | $0.00 |
| J.C. Flores | 300 | 600 | 145.75 | 145.75 | 3/4/2013 | 97.75232877 | $1,289.25 | $0.04 |
| J.C. Gonzales | 0 | 200 | 0 | 0 | 4/25/2014 | 0 | $200.00 | $0.00 |
| J.C. Hernandez | 0 | 100 | 0 | 0 | 4/15/2013 | 0 | $100.00 | $0.00 |

| Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| J.C. Tzoc Tulul | 5000 | 5000 | 5749.757503 | 5749.757503 | 4/22/2016 | 2232.95377 | $23,732.47 | $1.42 |
| Jaime Aguilar | 0 | 200 | 0 | 0 | 5/3/2013 | 0 | $200.00 | $0.00 |
| Jaime Hernandez | 0 | 100 | 0 | 0 | 8/15/2011 | 0 | $100.00 | $0.00 |
| Javier Ibarra | 450 | 900 | 150 | 150 | 10/10/2014 | 78.96575342 | $1,728.97 | $0.04 |
| Jesus Riveros | 550 | 750 | 7.1825 | 7.1825 | 7/7/2017 | 2.008345068 | $1,316.37 | $0.00 |
| Johao Gomes | 5000 | 5000 | 1084.875 | 1084.875 | 7/10/2015 | 498.0913767 | $12,667.84 | $0.27 |
| Jorge Ramirez | 1100 | 2200 | 10.5 | 10.5 | 9/7/2012 | 7.503041096 | $3,328.50 | $0.00 |
| Jorge Varajas | 750 | 1500 | 462 | 462 | 6/25/2012 | 338.563726 | $3,512.56 | $0.11 |
| Jorge Yepez | 1950 | 1750 | 250.625 | 250.625 | 5/8/2017 | 73.78674658 | $4,275.04 | $0.06 |
| Jose Alberto Lara | 0 | 100 | 0 | 0 | 2/3/2013 | 0 | $100.00 | $0.00 |
| Jose Alex Avila | 550 | 500 | 50.3075 | 50.3075 | 6/23/2017 | 14.24046822 | $1,164.86 | $0.01 |
| Jose Barragan Contreras | 5000 | 5000 | 18509.07074 | 18509.07074 | 8/1/2014 | 10063.35641 | $57,081.50 | $4.56 |
| Jose Lopez | 0 | 100 | 0 | 0 | 12/3/2012 | 0 | $100.00 | $0.00 |
| Jose Ordon Natalio | 0 | 250 | 0 | 0 | 3/28/2016 | 0 | $250.00 | $0.00 |
| Juan Orellana | 5000 | 5000 | 3857.11125 | 3857.11125 | 12/4/2015 | 1631.082524 | $19,345.31 | $0.95 |
| Juan Taperia | 150 | 300 | 57.5 | 57.5 | 4/29/2013 | 37.77041096 | $602.77 | $0.01 |
| Lucas Fernando | 0 | 100 | 0 | 0 | 2/27/2012 | 0 | $100.00 | $0.00 |
| Luis Valencia | 0 | 100 | 0 | 0 | 2/3/2013 | 0 | $100.00 | $0.00 |
| Manuel Argueta | 0 | 250 | 0 | 0 | 4/9/2018 | 0 | $250.00 | $0.00 |
| Marcelo Saenz Sanchez | 0 | 500 | 0 | 0 | 6/11/2018 | 0 | $500.00 | $0.00 |
| Marcos Valdovinos | 0 | 100 | 0 | 0 | 2/27/2012 | 0 | $100.00 | $0.00 |
| Mario Velasquez | 2350 | 2500 | 1498.75 | 1498.75 | 1/23/2012 | 1155.228288 | $9,002.73 | $0.37 |
| Martin Rodrigues | 5000 | 5000 | 2824 | 2824 | 5/30/2018 | 561.9373151 | $16,209.94 | $0.70 |
| Mauricio Gonzales | 1100 | 2200 | 99.75 | 99.75 | 9/14/2012 | 71.10671918 | $3,570.61 | $0.02 |
| Misael Sumano | 5000 | 5000 | 676.865 | 676.865 | 6/29/2017 | 190.5977663 | $11,544.33 | $0.17 |
| Nelson Mercado | 5000 | 5000 | 1286.5525 | 1286.5525 | 2/10/2016 | 522.4813071 | $13,095.59 | $0.32 |
| Pablo Antonio Sumano | 0 | 500 | 17.96625 | 17.96625 | 6/20/2016 | 6.715931918 | $542.65 | $0.00 |
| Pilo Jimenez | 0 | 100 | 0 | 0 | 5/20/2013 | 0 | $100.00 | $0.00 |
| Rafael Aguilar | 2500 | 2500 | 1752.75 | 1752.75 | 8/26/2013 | 1099.910651 | $9,605.41 | $0.43 |
| Rafael Marin | 2500 | 2500 | 3830.625 | 3830.625 | 1/4/2013 | 2624.870188 | $15,286.12 | $0.94 |
| Rafael Perez | 550 | 750 | 0 | 0 | 5/25/2017 | 0 | $1,300.00 | $0.00 |
| Rafael Valencia | 2000 | 2500 | 1458.75 | 1458.75 | 10/17/2014 | 765.4241096 | $8,182.92 | $0.36 |
| Reinero Hernandez | 0 | 100 | 0 | 0 | 2/3/2013 | 0 | $100.00 | $0.00 |
| Ricardo Romero | 3000 | 3500 | 138.5986184 | 138.5986184 | 8/21/2017 | 37.21657696 | $6,814.41 | $0.03 |
| Rodolfo Biolante | 200 | 400 | 0 | 0 | 10/7/2011 | 0 | $600.00 | $0.00 |
| Roque Roque | 5000 | 5000 | 564.20875 | 564.20875 | 9/5/2016 | 200.1936307 | $11,328.61 | $0.14 |
| Santiago Paulin | 4850 | 5000 | 0 | 0 | 5/6/2018 | 0 | $9,850.00 | $0.00 |
| Santiago Ramirez | 4050 | 4750 | 15 | 15 | 10/6/2017 | 3.857671233 | $8,833.86 | $0.00 |
| Santos Perez | 0 | 100 | 0 | 0 | 4/15/2013 | 0 | $100.00 | $0.00 |
| Sergio Benitez | 0 | 200 | 0 | 0 | 7/20/2013 | 0 | $200.00 | $0.00 |
| Sergio Cardona | 250 | 500 | 144 | 144 | 3/31/2014 | 82.65994521 | $1,120.66 | $0.04 |
| Tirso Sanchez | 1250 | 2500 | 510 | 510 | 8/9/2013 | 322.180274 | $5,092.18 | $0.13 |
| Vicente Lara | 0 | 100 | 0 | 0 | 2/3/2013 | 0 | $100.00 | $0.00 |
| Victorino Machuca | 2500 | 2500 | 620 | 620 | 1/17/2014 | 367.0569863 | $6,607.06 | $0.15 |
| Wenceslao Rodrigues | 5000 | 4750 | 0 | 0 | 9/15/2018 | 0 | $9,750.00 | $0.00 |
| Grand Total | 132150 | 150750 | 80218.42587 | 80218.42587 | | 39734.62468 | $483,071.48 | $19.78 |